## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Shannon Marie Nelson,

        Plaintiff,                      Civil No. 08-1462 (RHK/RLE)

vs.

                                           **ORDER**

Academy Collection Services, Inc., Mike
Carter, Susan Morrison, Karen Nelson,

        Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 28, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge