# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Marie Nelson,<br><br>    Plaintiff,<br>v.<br><br>Academy Collection Services, Inc., Mike Carter, Susan Morrison, and Karen Nelson,<br><br>    Defendants. | Civil No. 08-1462 (RHK/RLE)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the Notice of Voluntary Dismissal With Prejudice filed by Plaintiff herein, this Court hereby **ORDERS** that the Plaintiffs' Complaint against these Defendants, shall be, and herewith is, **DISMSISED WITH PREJUDICE** without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 4, 2008

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge